**Gregory L. Baird, OSB No. 922212**
*gbaird@gordon-polscer.com*
**GORDON & POLSCER, L.L.C.**
9020 SW Washington Square Road, Suite 560
Tigard, Oregon 97223
Telephone:   (503) 242-2922
Facsimile:    (503) 242-1264

*Attorney for Defendant*
*Scottsdale Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ALDER STREET HOUSING PARTNERS LIMITED PARTNERSHIP, an Oregon limited partnership,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No. 3:25-cv-01805<br><br>NOTICE OF REMOVAL OF CIVIL ACTION<br><br>(Multnomah County Circuit Court Case No. 25CV40391) |

　　　TO:　　　The Clerk of the United States District Court of Oregon
　　　　　　　　(Portland Division)

　　　AND TO:　Plaintiff ALDER STREET HOUSING PARTNERS LIMITED PARTNERSHIP and counsel of record, Seth H. Row, Esq. and Cameron Zangenehzadeh, Esq. of Stoel Rives LLP.

　　　Defendant SCOTTSDALE INSURANCE COMPANY ("SCOTTSDALE") hereby gives notice that this action is removed to the United States District Court for the District of Oregon, Portland Division, from the Circuit Court of the State of Oregon for the County of Multnomah. Pursuant to 28 USC §1441 and 28 USC §1446, SCOTTSDALE further states:

NOTICE OF REMOVAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1

## PROCEDURAL POSTURE-STATE COURT ACTION

1. SCOTTSDALE is a defendant in a civil action filed by plaintiff in the Circuit Court of the State of Oregon for the County of Multnomah, entitled *Alder Street Housing Partners Limited Partnership v. Scottsdale Insurance Company,* Case Number 25CV40391 (the "State Court Action").

2. Plaintiff filed its original Complaint with the Clerk for the Circuit Court of the State of Oregon for the County of Multnomah on or about July 11, 2025. Plaintiff filed an Amended Complaint on or about August 21, 2025. Prior to serving either the original Complaint or Amended Complaint, Plaintiff filed its Second Amended Complaint on or about August 28, 2025. SCOTTSDALE was served with the Second Amended Complaint on September 5, 2025.

3. This Notice of Removal of Civil Action is timely, under 28 USC §1446(b), in that it is being filed within 30 days of service of plaintiff's Second Amended Complaint. Other than Notices of Removal, SCOTTSDALE has not filed pleadings in the State Court Action to date.

4. A true copy of plaintiff's Complaints and the remainder of the state court file is attached to the Declaration of Gregory L. Baird in Support of Removal, which is being filed together with this Notice. A separate Jury Demand has not been filed as of the date of this Notice of Removal.

5. The State Court Action is a controversy between citizens of different states. SCOTTSDALE is informed and has a good faith belief that plaintiff Alder Street Housing Partners LP is an Oregon limited partnership with its principal place of business in the State of Oregon.

6. SCOTTSDALE is, and at all times material has been, a corporation organized and duly incorporated under the laws of the State of Ohio, having its principal place of business in Arizona.

7. Upon information and belief, complete diversity exists between plaintiff and defendant.

8. The State Court Action is a civil action by plaintiff seeking $250,000 in damages for alleged breach of an insurance contract and for unjust enrichment. Accordingly, the amount in controversy in the State Court Action is in excess of $75,000, exclusive of interest and costs. SCOTTSDALE denies it is liable to plaintiff for the allegations and claims asserted in the State Court Action.

## STATEMENT OF JURISDICTION

9. This Court has original jurisdiction of this civil action pursuant to 28 USC §1332, and the action, therefore, is subject to removal pursuant to 28 USC §1441(a).

10. Venue is proper in the United States District Court for the District of Oregon, Portland Division, because the State Court Action is removed from the Circuit Court of Oregon for the County of Multnomah.

11. SCOTTSDALE is concurrently filing a Notice to State Court of Removal with the Clerk of the Multnomah County Circuit Court, in accordance with 28 USC §1446(d). Such Notice is also being concurrently served on plaintiff through its attorneys.

///

///

## SCOTTSDALE'S NON-WAIVER AND RESERVATION OF RIGHTS

12. By filing this Notice of Removal of Civil Action, SCOTTSDALE does not waive, and expressly reserves, all rights, claims, defenses, privileges and/or objections of any nature that SCOTTSDALE may have to plaintiff's allegations, claims, and State Court Action.

DATED this 3rd Day of October, 2025.

Respectfully Submitted by:

**GORDON & POLSCER, L.L.C.**

By: *s/ Gregory L. Baird*
Gregory L. Baird, OSB No. 922212
*gbaird@gordon-polscer.com*

*Attorney for Defendant*
Scottsdale Insurance Company